## HAISFIELD *v.* MAYOR AND COUNCIL OF GAINESVILLE.

HILL, J. The evidence being conflicting on every material issue in the case, the court did not abuse its discretion in refusing to grant an interlocutory injunction. *Judgment affirmed. All the Justices concur.*
APRIL 17, 1913.

Petition for injunction.    Before Judge Jones.    Hall superior court.    October 19, 1912.

*Adams & Quillian* and *Howard Thompson,* for plaintiff.

*H. H. Perry* and *W. M. Johnson,* for defendant.